# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Taniko Smith,

    Petitioner,

v.

Nevada Department of Corrections, et al.,

    Respondents.

Case No.: 2:20-cv-02344

**Order Dismissing Action**

[ECF No. 1]

    Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee. Accordingly, this matter has not been properly commenced.[2]

    Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed in forma pauperis on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice to the filing of a petition in a new action with either the $5.00 filing fee or a properly completed application form to proceed in forma pauperis.

    IT FURTHER IS ORDERED that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

---

[1] ECF No. 1.

[2] 28 U.S.C. § 1915(a)(2); Local Rules LSR 1-1, 1-2.

IT FURTHER IS ORDERED that the clerk send petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT FURTHER IS ORDERED that the clerk enter judgment accordingly and close this action.

DATED: February 2, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE